IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS L. FRANKLIN,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:12-CV-211
CRIM. NO. 2:08-CR-186(14)
JUDGE SARGUS
MAGISTRATE JUDGE KING

## ORDER

The Court conferred with counsel on May 30, 2013.

An evidentiary hearing, expected to last no more than one (1) day, will be held on October 3, 2013, beginning at 10:00 a.m.

Depositions of incarcerated individuals may proceed on such terms and conditions as the institution shall impose.

The Court will issue a writ of habeas corpus *ad prosequendum* to effect petitioner's return to the District no later than September 19, 2013.

                      *s/ Norah McCann King*
                      Norah McCann King
                      United States Magistrate Judge

May 30, 2013